# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**672**

**CA 10-02265**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF ROBERT P. MEEGAN, JR.,
INDIVIDUALLY AND AS PRESIDENT OF BUFFALO
POLICE BENEVOLENT ASSOCIATION AND
BUFFALO POLICE BENEVOLENT ASSOCIATION, INC.,
PETITIONERS-RESPONDENTS,

V                                                          ORDER

BYRON W. BROWN, AS MAYOR OF CITY OF BUFFALO,
DANIEL DERENDA, AS ACTING COMMISSIONER OF
POLICE, AND CITY OF BUFFALO,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 1.)

---

GOLDBERG SEGALLA LLP, BUFFALO (JULIE P. APTER OF COUNSEL), FOR
RESPONDENTS-APPELLANTS.

LAW OFFICES OF W. JAMES SCHWAN, BUFFALO (W. JAMES SCHWAN OF COUNSEL),
FOR PETITIONERS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered March 3, 2010 in a proceeding pursuant to CPLR article 75. The order granted petitioners' application for a preliminary injunction.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                Clerk of the Court